AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 5:24-CR-50066-002 |
| ) | |
| Adviel Bustamante ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Adviel Bustamante, who is accused of an offense or violation based on the following document filed with the court:

√ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

One Count - 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to distribute a mixture or substance containing Methamphetamine
One Count - 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii), 18 U.S.C. § 2 - Aiding and abetting the distribution of more than 50 grams of Methamphetamine
One Count – 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), 18 U.S.C. § 2 - Aiding and Abetting the Possession with Intent to Distribute Methamphetamine
One Count - 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute Methamphetamine

Date: November 13, 2024

_Issuing officer's signature_

City and state: Fort Smith, Arkansas

Ronald E. Dowling, U.S. Clerk
_Printed name and title_

## Return

This warrant was received on (date) 11/14/24 at (city and state) Siloam Springs, AR, and the person was arrested on (date) 11/20/24

Date: 11/21/24

_Arresting officer's signature_

TFO Josh Cookinham
_Printed name and title_